UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
JUAN MORONTA,                                                       :  Case No.: 17 Civ. 8119 (RWS)
                                                                    :
                Plaintiff,                                         :
                                                                    :  **RULE 7.1 CORPORATE**
     -against-                                                     :  **DISCLOSURE STATEMENT**
                                                                    :
NUM PANG SANDWICH SHOP,                                             :
                                                                    :
                Defendant.                                         :
------------------------------------------------------------------- x

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 128 for 64 Hospitality LLC, s/h/a "Num Pang Sandwich Shop," which is a private non-governmental party, by and through its attorneys, hereby states that: (i) there is no publicly held corporation that owns 10% or more of its membership interests; and (ii) 10% or more of its membership interests are owned by Num Pang Restaurants LLC.

Dated:  New York, New York
           January 19, 2018

                              **TANNENBAUM HELPERN**
                              **SYRACUSE & HIRSCHTRITT LLP**

                              /s/  *Jason B. Klimpl*_____
                                   Andrew W. Singer
                                   Jason B. Klimpl
                                   900 Third Avenue, 13th Floor
                                   New York, New York 10022
                                   (212) 508-6700
                                   singer@thsh.com
                                   klimpl@thsh.com
                                   *Attorneys for Defendant*