

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
klimpl@thsh.com

April 25, 2018

**BY ECF**

The Honorable Robert W. Sweet, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

    Re:    Application for an Adjournment of the Initial Pretrial Conference
            *Juan Moronta v. Num Pang Sandwich Shop*
            Case No.: 17 Civ. 08119 (RWS)

Dear Judge Sweet:

    We are the attorneys for the Defendant in connection with the above-referenced wage and hour action.

    We write to respectfully request a brief adjournment of the initial pretrial conference, currently scheduled for May 1, 2018, at 12:00 p.m. This is the first request for an adjournment of the initial pretrial conference and is being made because I, lead counsel for the Defendant, am traveling out of the New York metro area on May 1, 2018, by request of the New York Staffing Association, for whom I serve as Associate General Counsel.

    Plaintiff consents to the brief adjournment requested herein and the parties have determined that they are available on the following potential reschedule dates: May 4 (morning), May 7 (morning), May 8, or May 14, or to another date and time convenient for the Court.

    Thank you, Your Honor, for your consideration in this matter.

                                        Respectfully submitted,

                                        */s/ Jason B. Klimpl*

                                        Jason B. Klimpl

[1068504-2]

Honorable Robert W. Sweet
April 25, 2018
Page 2 of 2


cc:     Megan S. Goodard
        Gabrielle M. Vinci
        Nesenoff & Miltenberg, LLP.
        363 Seventh Avenue, 5th Floor
        New York, New York 10001
        mgoddard@nmllplaw.com
        gvinci@nmllplaw.com
        *Attorneys for Plaintiff*
        [VIA ECF]

[1068504-2]