UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Moronta,

-v.-

Num Pang Sandwich

17 Civ. 8119 (RWS)

Please be advised that the conference scheduled for 5-1-18 has been rescheduled to 10-9-18 at 12pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4-25-18

ROBERT W. SWEET
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/18