UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Moranta,

Amended
17cv.8119
Civ.      (RWS)

-v.-

Num Pang Sandwich

---------------------------------------------------------X

Please be advised that the conference scheduled for 10-9-18 has been rescheduled to 5-8-18 at 12pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4/27/18

ROBERT W. SWEET
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/18