Amended
17cv 8119

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Moronta,

             -v.-

Num Pang
---------------------------------X

Civ.     (RWS)

Please be advised that the conference scheduled for 5/8/18 has been rescheduled to 6/12/18 at 12pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5-9-18

ROBERT W. SWEET
United States District Judge

5/9/18