

| | Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| --- | --- | --- | --- |
| | Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| | | Tara J. Davis | Megan S. Goddard |
| | Stuart Bernstein | | *Counsel* |
| | | Diana R. Warshow | Rebecca C. Nunberg |
| | | Gabrielle M. Vinci | *Counsel* |
| | | Jeffrey S. Berkowitz | Marybeth Sydor |
| | | Kara L. Gorycki | *Title IX Consultant* |

June 8, 2018

**VIA ECF**
Hon. Judge Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

       Re:    **Juan Moronta v. Num Pang Sandwich Shop**
              **Civ. Action No: 17-CV-8119-(RWS)**

Dear Judge Sweet:

      Please be advised, the undersigned represents Plaintiff Juan Moronta ("Plaintiff") in the above referenced matter. I write jointly with Defendant's counsel to advise the court that the Parties have reached a settlement in principle resolving this matter in its entirety.

      Accordingly, the Parties respectfully request that the initial conference scheduled for June 12, 2018 be adjourned *sine die* and the Parties be allowed thirty (30) days from the date of this application to file a proposed settlement agreement and application for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015).

      Counsel remains available should Your Honor have any questions or concerns. Thank you.

                                 Respectfully submitted,
                                 **NESENOFF & MILTENBERG LLP**

                                 By: **/S/ Gabrielle M. Vinci**
                                    **Gabrielle M. Vinci (GV-8390)**

CC:    All counsel (Via ECF)