

**NESENOFF &
MILTENBERG** LLP

ATTORNEYS AT LAW

nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg

Stuart Bernstein

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Jeffrey S. Berkowitz
Kara L. Gorycki

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Marybeth Sydor
*Title IX Consultant*

June 8, 2018

**VIA ECF**
Hon. Judge Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re: Juan Moronta v. Num Pang Sandwich Shop
Civ. Action No: 17-CV-8119-(RWS)

Dear Judge Sweet:

Please be advised, the undersigned represents Plaintiff Juan Moronta ("Plaintiff") in the above referenced matter. I write jointly with Defendant's counsel to advise the court that the Parties have reached a settlement in principle resolving this matter in its entirety.

Accordingly, the Parties respectfully request that the initial conference scheduled for June 12, 2018 be adjourned *sine die* and the Parties be allowed thirty (30) days from the date of this application to file a proposed settlement agreement and application for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015).

Counsel remains available should Your Honor have any questions or concerns. Thank you.

**Respectfully submitted,
NESENOFF & MILTENBERG LLP**

By: /S/ Gabrielle M. Vinci
Gabrielle M. Vinci (GV-8390)

CC: All counsel (Via ECF)

So ordered
Sweet USDJ
6-12-18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/18

NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
BOSTON | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 |