USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
C #:
DATE FILED: 7/9/18

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JUAN MORONTA,

        *Plaintiff,*

-against-

NUM PANG SANDWICH SHOP,

        *Defendant.*

Case No. 17 Civ. 8119 (RWS)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear their or its own costs and attorneys' fees.

Jason B. Klimpl
TANNENBAUM HELPERN ET AL
900 Third Avenue, 13th Floor
New York, NY 10022
klimpl@thsh.com
(212) 508-7529
*Attorneys for Defendant*

Gabrielle Vinci, Esq.
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
gvinci@nmllplaw.com
(212) 736-4500
*Attorneys for Plaintiff*

Dated: 7/5/18

Dated: 6/28/2018

**SO ORDERED:**

Honorable Robert W. Sweet, U.S.D.J
Dated: 7-9-18